■ PEGASUS AVIATION I, INC., et al., Respondents, v VARIG LOGISTICA S.A. et al., Defendants, and MATLINPATTERSON GLOBAL ADVISERS, LLC, Appellant. [894 NYS2d 30]

This is an action for replevin and damages for breach of airplane leases. Accepting the alleged facts as true and according plaintiff the benefit of every possible favorable inference (*Leon v Martinez*, 84 NY2d 83, 87-88 [1994]), the complaint sufficiently alleges that MatlinPatterson exercised complete domination over Varig Logistica—and was thus its alter ego—with respect to the transaction at issue, and that such domination facilitated the fraud or wrongdoing that resulted in plaintiff's injury (*Matter of Morris v New York State Dept. of Taxation & Fin.*, 82 NY2d 135, 141 [1993]). Concur—Mazzarelli, J.P., Saxe, Acosta, DeGrasse and Manzanet-Daniels, JJ.